**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 02-1652**

―――――――――

GEORGE MINOR MEREDITH, II, M.D.,

Plaintiff - Appellant,

versus

CARLA STOVALL, in her personal capacity; KELLI
BENINTENDI, Esq.; JOHN W. KNACK, in his
personal capacity; KENNETH SCHEINBERG, in his
personal capacity; JANE HOLT; VICKY JONES,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (CA-02-192-2)

―――――――――

Submitted: August 15, 2002          Decided: August 19, 2002

―――――――――

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

George Minor Meredith, II, Appellant Pro Se. Richard Joshua
Cromwell, Brian Andrew Wainger, MCGUIREWOODS, L.L.P., Norfolk,
Virginia, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Minor Meredith, II, appeals the district court's order dismissing his civil action for lack of personal jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Meredith v. Stovall, No. CA-02-192-2 (E.D. Va. June 10, 2002). We deny the Appellees' motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED